UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v                                        Case No. 07-20094
                                        HON. MARK A. GOLDSMITH

GARNER HERBERT WOOD,

    Defendant.
_____/

## ORDER STRIKING STIPULATION

On November 14, 2012, Defendant's counsel filed a Stipulation to Extend Time to File Reply [Dkt. 206]. Pursuant to E.D. Mich. Local Rules Appendix ECF Rule 11(a), a proposed stipulation and order must be submitted as a Word or WordPerfect Document via the link under the Utilities section of CM/ECF. The stipulation at issue is not in compliance with the rule.

IT IS ORDERED, that the stipulation [Dkt. 206] is STRICKEN.

SO ORDERED.

Dated: November 14, 2012                    s/Mark A. Goldsmith
       Flint, Michigan                      MARK A. GOLDSMITH
                                             United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 14, 2012.

                                                    s/Amanda Chubb for Deborah J. Goltz
                                                    DEBORAH J. GOLTZ
                                                    Case Manager